■ PATRICK A. ROCCO, JR., Appellant, v CONCETTA SORTINO, Respondent. — Order unanimously reversed, with costs, and motion denied. Memorandum: Plaintiff, a licensed real estate salesperson, as assignee of a licensed real estate broker, commenced this action against defendant, former owner of Brookdale Golf Club, Inc., seeking to recover commissions for procuring a buyer for the property. Special Term granted defendant's summary judgment motion and dismissed plaintiff's complaint. The court found that the assignment of rights to commissions by a real estate broker to a real estate salesperson violated section 442-a of the Real Property Law. We disagree. Section 442-a of the Real Property Law prohibits a real estate salesperson from recovering compensation from anyone other than a licensed real estate broker with whom he is associated. Thus, it would prohibit the plaintiff here from commencing an action against defendant for a commission in his own right (*Weintraub v Welch*, 77 AD2d 792). The statute, however, does not preclude an assignment of rights by a real estate broker to a real estate salesperson. We can discern no public policy which would be violated by such an assignment (see General Obligations Law, § 13-101, subd 3). (Appeal from order of Supreme Court, Monroe County, John J. Conway, J. — summary judgment.) Present — Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of DEBORAH E. GREENE, Respondent, v ST. ELIZABETH'S HOSPITAL, Petitioner. — Determination unanimously confirmed and petition dismissed, without costs. Cross motion for order of enforcement granted. Memorandum: On this record we do not find that the delay was so egregious as to constitute prejudice as a matter of law (*Matter of Sarkisian Bros. v State Div. of Human Rights*, 48 NY2d 816, 818). (Proceeding pursuant to Executive Law, § 298.) Present — Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ.